ACCEPTED
05-14-01362-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/2/2015 3:09:07 PM
LISA MATZ
CLERK

## No. 05-14-01362-CR

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/2/2015 3:09:07 PM
LISA MATZ
Clerk

| | | |
|---|---|---|
| **JOSE YANEZ-TREJO** | § | **IN THE COURT OF APPEALS** |
| **V.** | § | **FOR THE FIFTH DISTRICT** |
| **STATE OF TEXAS** | § | **OF TEXAS AT DALLAS** |

## MOTION FOR AN EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

**COMES NOW,** the Appellant, and requests this Court extend the time for filing an opening brief from March 1, 2015 to March 31, 2015, pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d).

(A)    The deadline for filing Appellant's brief is currently March 1, 2015.

(B)    The length of extension sought is thirty (30) days.

(C)    The facts relied on to reasonably explain the need for an extension include the undersigned having filed briefs in the following cases since the record was filed in this case:

> Cause No. 05-14-00954-CR, Ward v. State;
> Cause No. 05-14-01230-CR, Reed v. State;
> Cause No. 05-14-00784-CR, Hall v. State; and
> Cause No. 05-14-00517-CR, Lindsey v. State.

(D)    Appellant has not requested or been granted a previous extension.

WHEREFORE, Appellant requests this Court extend Appellant's deadline to file an opening brief to March 31, 2105.

Respectfully submitted,

/s/ Riann C. Moore
Lynn Pride Richardson                    Riann C. Moore
Chief Public Defender               Assistant Public Defender
Dallas County, Texas                State Bar No. 24050279
                              Frank Crowley Courts Building
                              133 N. Riverfront Blvd., LB-2
                              Dallas, Texas 75207-4399
                              (214) 653-3550 *(phone)*
                              (214) 653-3539 *(fax)*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing brief was served on the Dallas County Criminal District Attorney's Office (Appellate Division), 133 N. Riverfront Blvd., B-19, 10th Floor, Dallas, Texas, 75207, by electronic service on March 2, 2015.

/s/ Riann C. Moore
Riann C. Moore